## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary Lee Reph II aka Gary L. Reph, II aka Gary Reph, II aka Gary Reph aka Gary Lee Reph aka Gary L. Reph | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-13576 PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
30 Nov 2023, 17:03:12, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8fd75ec115c4f9804185ebd1a5228544bfa15740b00a14f428aed26f46ddb3ba