Certificate Number: 12433-PAE-DE-038145471

Bankruptcy Case Number: 23-13576



12433-PAE-DE-038145471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2024, at 1:12 o'clock PM EST, Gary Lee Reph, II completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 31, 2024

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor