United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gary Lee Reph, II  
    Debtor

Case No. 23-13576-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 30, 2024      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Lee Reph, II, 4075 Country Side Lane, Hellertown, PA 18055-3307 |
| 14833843 | + | Abrahamsen Gindin, LLC, Joshua Borer, Esq., 245 Main Street, STE 100, Scranton, PA 18519-1641 |
| 14833846 | + | First Commonwealth FCU, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14833847 | + | KNBT, 4200 W Tilghman St, Allentown, PA 18104-4430 |
| 14833849 | + | Pension Corp of America, 2133 Luray Ave, Cincinnati, OH 45206-2604 |
| 14835981 | + | Village Capital & Investment LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14833844 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:28:16 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14833845 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:31:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14837107 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14850225 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:44:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14833848 | + | Email/PDF: cbp@omf.com | May 31 2024 00:55:36 | OneMain, PO Box 70912, Charlotte, NC 28272-0912 |
| 14848389 | + | Email/PDF: cbp@omf.com | May 31 2024 01:18:46 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14841574 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14843321 | | Email/Text: bk@villagecapital.com | May 31 2024 00:31:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 14835847 | ^ | MEBN | May 31 2024 00:16:19 | VILLAGE CAPITAL & INVESTMENT LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID      Bypass Reason     Name and Address

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 15

14833850         ##+         Village Capital & Investment, 2863 St Rose Parkway, Henderson, NV 89052-4806

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

**Name** | **Email Address**

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Village Capital & Investment LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
     on behalf of Debtor Gary Lee Reph II vrubino@newmanwilliams.com,
     mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Gary Lee Reph II ) | Case No. 23−13576−pmm |
|   aka Gary Reph II ) | |
|   aka Gary L. Reph II ) | |
|   aka Gary Reph ) | Chapter: 13 |
|   aka Gary L. Reph ) | |
|   aka Gary Lee Reph ) | |

  Debtor(s).

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 30, 2024                                                                               For The Court

                                                                                                 Patricia M. Mayer
                                                                                                 Judge, United States Bankruptcy Court