IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GARY LEE REPH, II, | : | |
| a/k/a GARY L. REPH, II, | : | CASE NO.: 23-13576 |
| a/k/a GARY REPH, II, | : | |
| a/k/a GARY LEE REPH, | : | |
| a/k/a GARY L. REPH, | : | |
| a/k/a GARY REPH, | : | |
| Debtor | : | |

**CERTIFICATE OF NO RESPONSE:**
**MOTION TO MODIFY CONFIRMED PLAN (Doc. #21)**

The undersigned Attorney for Debtor Gary Lee Reph, II in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on June 20, 2024, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on June 20, 2024, which set a July 11, 2024 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtor Gary Lee Reph, II is therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

      /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movants/Debtors
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com