Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13576-PMM**

Gary Lee Reph, II  
4075 Country Side Lane  
Hellertown PA 18055

Petition Filed Date: 11/27/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2024 | $1,250.00 | | 01/31/2024 | $1,250.00 | | 03/07/2024 | $1,250.00 | |
| 04/05/2024 | $1,250.00 | | 05/06/2024 | $1,250.00 | | 06/05/2024 | $1,250.00 | |
| 07/09/2024 | $1,250.00 | | | | | | | |

**Total Receipts for the Period: $8,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $1,733.40 | $278.67 | $1,454.73 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $235.00 | $37.78 | $197.22 |
| 3 | VILLAGE CAPITAL & INVESTMENT »» 003 | Mortgage Arrears | $1,007.54 | $1,007.54 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC »» 004 | Unsecured Creditors | $17,080.12 | $2,745.89 | $14,334.23 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $736.87 | $118.46 | $618.41 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $539.02 | $86.66 | $452.36 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 7 | PENSION CORP OF AMERICA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRST COMMONWEALTH FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KNBT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $475.00 | $475.00 | $0.00 |

**Chapter 13 Case No. 23-13576-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $9,000.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,000.00 | Total Plan Base: | $45,000.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.