IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GARY LEE REPH, II, | : | |
| a/k/a GARY L. REPH, II, | : | CASE NO.: 23-13576 |
| a/k/a GARY REPH, II, | : | |
| a/k/a GARY LEE REPH, | : | |
| a/k/a GARY L. REPH, | : | |
| a/k/a GARY REPH, | : | |
| Debtor | : | |

# ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (**doc. #31, the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #33**) is approved.

Date:

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**