*Form 245* (3/23)–doc 45 – 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Gary Lee Reph II | ) | Case No. 23–13576–pmm |
| aka Gary Reph II | ) | |
| aka Gary L. Reph II | ) | |
| aka Gary Reph | ) | Chapter: 13 |
| aka Gary L. Reph | ) | |
| aka Gary Lee Reph | ) | |

Debtor(s).

## Notice to Take Action

Re:  Doc.# [36] Application for Compensation

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☑ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☐ Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before March 7, 2025. Otherwise, the matter will be referred to the Court.

Date: February 21, 2025

For The Court

Timothy B. McGrath
Clerk of Court