IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GARY LEE REPH, II, | : | |
| a/k/a GARY L. REPH, II, | : | CASE NO.: 23-13576 |
| a/k/a GARY REPH, II, | : | |
| a/k/a GARY LEE REPH, | : | |
| a/k/a GARY L. REPH, | : | |
| a/k/a GARY REPH, | : | |
| Debtor | : | |

**CERTIFICATE OF NO RESPONSE:**
**APPLICATION FOR COMPENSATION (Doc. #36)**

The undersigned Attorney for Debtor, Gary Lee Reph, II, in the above-captioned matter, hereby certifies that a **Application for Compensation** was filed on September 30, 2024, and that the Motion and related **Notice of Motion and Response Deadline** was properly served on the all creditors and parties in interest on September 30, 2024, which set a October 21, 2024 response deadline.  The undersigned further certifies that no response to the **Application for Compensation** has been filed.  Debtor, Gary Lee Reph, II, is therefore entitled to have an Order issued granting the **Application for Compensation**.

 /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com