United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-13576-pmm

Gary Lee Reph, II                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                   Page 1 of 2

Date Rcvd: Apr 03, 2025                         Form ID: pdf900                           Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Lee Reph, II, 4075 Country Side Lane, Hellertown, PA 18055-3307 |
| 14833843 | #+ | Abrahamsen Gindin, LLC, Joshua Borer, Esq., 245 Main Street, STE 100, Scranton, PA 18519-1641 |
| 14833846 | + | First Commonwealth FCU, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14833847 | + | KNBT, 4200 W Tilghman St, Allentown, PA 18104-4430 |
| 14833849 | + | Pension Corp of America, 2133 Luray Ave, Cincinnati, OH 45206-2604 |
| 14835981 | + | Village Capital & Investment LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2025 01:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2025 01:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14833844 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2025 01:40:45 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14833845 | | Email/Text: mrdiscen@discover.com | Apr 04 2025 01:41:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14837107 | | Email/Text: mrdiscen@discover.com | Apr 04 2025 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14850225 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14833848 | + | Email/PDF: cbp@omf.com | Apr 04 2025 01:40:45 | OneMain, PO Box 70912, Charlotte, NC 28272-0912 |
| 14848389 | + | Email/PDF: cbp@omf.com | Apr 04 2025 01:50:59 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14841574 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2025 01:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14835847 | ^ | MEBN | Apr 04 2025 01:33:46 | VILLAGE CAPITAL & INVESTMENT LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843321 | ^ | MEBN | Apr 04 2025 01:33:59 | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |

Case 23-13576-pmm   Doc 51   Filed 04/05/25   Entered 04/06/25 00:33:06   Desc Imaged
Certificate of Notice   Page 2 of 3

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 17
TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14833850 | ##+ | Village Capital & Investment, 2863 St Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Gary Lee Reph II rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Gary Lee Reph II vrubino@newmanwilliams.com, mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Gary Lee Reph, II | Bankruptcy No. 23-13576-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 3, 2025**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE