Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13576-PMM**

Gary Lee Reph, II  
4075 Country Side Lane  
Hellertown  PA    18055

Petition Filed Date: 11/27/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date: 05/30/2024

Case Status: Dismissed After Confirmation on 4/ 3/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $1,250.00 | | 11/12/2024 | $1,250.00 | | 12/09/2024 | $1,250.00 | |
| 01/13/2025 | $1,250.00 | | | | | | | |

**Total Receipts for the Period: $5,000.00   Amount Refunded to Debtor Since Filing: $13.15   Total Receipts Since Filing: $13,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $1,733.40 | $535.59 | $1,197.81 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 002 | Unsecured Creditors | $235.00 | $59.46 | $175.54 |
| 3 | VILLAGE CAPITAL & INVESTMENT  »» 003 | Mortgage Arrears | $1,007.54 | $1,007.54 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC  »» 004 | Unsecured Creditors | $17,080.12 | $5,277.52 | $11,802.60 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $736.87 | $227.68 | $509.19 |
| 6 | LVNV FUNDING LLC  »» 006 | Unsecured Creditors | $539.02 | $166.56 | $372.46 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 7 | PENSION CORP OF AMERICA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRST COMMONWEALTH FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KNBT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $475.00 | $475.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | Gary Lee Reph, II | Debtor Refunds | $13.15 | $13.15 | $0.00 |

**Chapter 13 Case No. 23-13576-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,750.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $12,412.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,337.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.